AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EDDIE J. COMBS,

        Plaintiff,

        v.

ARTHUR D. CURTIS and STEVE TUCKER,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5047-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Report and Recommendation (ECF No. 41) is ADOPTED in its entirety. Plaintiff's Motion to Order Hearing (ECF No. 37), is DENIED. Plaintiff shall not be permitted to file any further documents in this action.

| | |
|---|---|
| February 12, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |